**Original filed 5/1/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT RUSSELL, JR., )<br>　　　　Petitioner, )<br>　vs. )<br>EVANS, Warden, )<br>　　　　Respondent. ) | No. C 07-0319 JF (PR)<br><br>ORDER CORRECTING<br>ERRONEOUS FILING;<br>CLOSING CASE;<br>INSTRUCTIONS TO CLERK |

  Petitioner, a state prisoner proceeding <u>pro se</u>, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on January 18, 2007. Petitioner has an earlier habeas action pending with the Court, in case no. C 06-0106 JF (PR), where the Court dismissed the original petition with leave to amend on January 11, 2007. It appears that the instant petition was mistakenly received and opened as a new case in the instant action, rather than being filed in Petitioner's pending habeas action in case no. C 06–0106 JF (PR). Accordingly, the Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 06-0106 JF (PR).

\\\

1  Because the instant case was opened erroneously, the Clerk shall close the file and
2  terminate any pending motions.  No filing fee is due.
3       IT IS SO ORDERED.
4  DATED: __4/30/07_____

_____
JEREMY FOGEL
United States District Judge

1   A copy of this ruling was mailed to the following:

2

3   Herbert Russell, Jr.
    T-72288/ D-3 108 low
4   Salinas Valley State Prison
    P.O. Box 1050
5   Soledad, CA  93960-1050

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.rmw\hc.07\Russell319dis                3